# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| FRANCINE MCCUMBER, individually and on behalf of others similarly situated, et al. | § § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Case No. 3:21-CV-2194-B |
| INVITATION HOMES, INC., a Maryland corporation, | § § § § | |
| Defendant. | § | |

## JOINT STATUS REPORT RE: FINALIZED SETTLEMENT AGREEMENT

TO THE HONORABLE COURT:

Plaintiffs Francine McCumber, et al., individually and on behalf of others similarly situated, et al. ("Plaintiffs"), and Defendant Invitation Homes, Inc. ("Defendant") (collectively, the "Parties") respectfully file the following Joint Status Report regarding their progress on settlement.

## Joint Report Regarding Settlement

The parties are happy to announce that on the afternoon of April 11, 2023, they reached consensus on all remaining terms of the final long-form class action settlement agreement. The parties are now gathering all required signatures. There are twelve signing parties.

The parties are hopeful that they will have obtained all necessary signatures and will have submitted a joint or unopposed Motion for Preliminary Approval of Class Action Settlement no later than May 3, 2023.

Although mindful of the eleventh hour that they are now apprising the Court of these developments, the parties submit that the in-person status conference, currently set for 10 a.m. on April 13, 2023, be continued to a date after May 3, 2023 (when Plaintiffs intend to file their Motion for Preliminary Approval of Class Action Settlement).

RESPECTFULLY SUBMITTED,

*/s/ Alex Tomasevic*
Craig Nicholas (*pro hac vice*)
  California Bar No 178444
  cnicholas@nicholaslaw.org
Alex Tomasevic (*pro hac vice*)
  California Bar No. 245598
  atomasevic@nicholaslaw.org
**NICHOLAS & TOMASEVIC LLP**
225 Broadway, 19th Floor
San Diego, CA  92101
Telephone: +1 619 325 0492

*/s/ Aaron T. Winn*
Aaron T. Winn (*pro hac vice*)
  California Bar No. 229763
  atwinn@duanemorris.com
**DUANE MORRIS LLP**
750 B Street, Suite 2900
San Diego, CA 92101-4681
Telephone: +1 619 744 2200
Fax: +1 619 744 2201

Justin J. Fields (*pro hac vice*)

Fax: +1 619 325 0496

Richard A. Smith
  Texas Bar No. 24027990
  richard@rsmithpc.com
**PALMER LEHMAN SANDBERG PLC**
Campbell Centre I
8350 N. Central Expressway, Suite 1111
Dallas, TX 75206
Telephone: + 1 214 2426484
Fax: + 1 214 2651950

**ATTORNEYS FOR PLAINTIFFS
FRANCINE MCCUMBER, ET AL.**

  California Bar No. 259491
  jfields@duanemorris.com
**DUANE MORRIS LLP**
One Market, Spear Tower, Suite 2200
San Francisco, CA 94105-1127
Telephone: +1 415 957 3000
Fax: +1 415 957 3001

Jason Boatright
  Texas Bar No. 24048138
**DUANE MORRIS LLP**
100 Crescent Court, Suite 1200
Dallas, TX 75201
Telephone: + 1 214 257 7217

**ATTORNEY FOR DEFENDANT
INVITATION HOMES, INC.**

## **CERTIFICATE OF SERVICE**

I hereby certify that, on April 11, 2023, the foregoing document is being served on counsel for Defendant Invitation Homes, Inc. via ECF.

*/s/ Alex Tomasevic*
Alex Tomasevic
